UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHARLES PITT, ET AL.**                     CIVIL ACTION

**VERSUS**                                   NO. 15-360

**CHIEF EARL WEAVER, ET AL.**                SECTION: "B"(1)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Jamal Bowe's claims are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS FURTHER ORDERED** that the claims of Charles Pitt and Lee Kentrell Jackson are **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 20th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE